UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

MARK SHANNON,             )
                                     )
     Plaintiff,          )     Civil No. 5:23-cv-00107-GFVT-EBA
                                     )
v.                      )
                                   )     **MEMORANDUM OPINION**
BOURBON COUNTY, *et al.*,   )     **&**
                                   )     **ORDER**
     Defendants.     )
                                   )

*** *** *** ***

This matter is before the Court on a Report and Recommendation prepared by United States Magistrate Judge Edward B. Atkins. [R. 58.] Judge Atkins reviewed a motion for summary judgment filed by Defendants Bourbon County, Sheriff Tony Asbury, Jailer Wes Burberry, and Jail Administrator Sheila Gant. [R. 52.] Judge Atkins recommends that the Court grant the Motion. [R. 58.] Because Plaintiff Shannon did not object, the Court **ADOPTS** Judge Atkins' Recommendation **[R. 58]** as and for the opinion of the Court and will **GRANT** the Motion for Summary Judgment. **[R. 52.]**

Generally, this Court must make a *de novo* determination of those portions of a Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). But when no objections are made, as in this case, the Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard." *See Thomas v. Arn,* 474 U.S. 140, 150 (1985). Parties who fail to object to a magistrate judge's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation.

*United States v. Walters,* 638 F.2d 947, 949–50 (6th Cir. 1981).  Nevertheless, the Court has examined the record and agrees with Judge Atkins' recommended disposition.

Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. The Report and Recommendation **[R. 58]** is **ADOPTED** as and for the opinion of the Court;

2. Defendants' Motion for Summary Judgment **[R. 52]** is **GRANTED**;

3. This action is **DISMISSED** and **STRICKEN** from the Court's active docket; and

4. Judgment in this matter will follow promptly.


This the 18th day of March, 2026.


Gregory F. Van Tatenhove
United States District Judge